708 A.2d 1038

### Keith N. DEVOE et al.

v.

### Linwood R. TAYLOR et al.

### No. 123, Sept. Term, 1997.

Court of Appeals of Maryland.

May 11, 1998.

William R. Phelan, Jr., Principal Counsel; John W. Trotz, Associate Sol. (Otho M. Thompson, City Sol., Dept. of Law, on brief), Baltimore, for petitioners.

Michael P. Smith (Marvin Ellin, Ellin and Baker, on brief), Baltimore, for respondents.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER and CATHELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 11th day of May, 1998

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.